

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Oscar Zuniga,                          \* From the 35th District Court
                                             of Brown County,
                                             Trial Court No. CR22059.

Vs. No. 11-16-00310-CR                  \* July 20, 2017

The State of Texas,                       \* Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.